# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134994

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NICHOLE TASHA JACOBY,
      Defendant-Appellant.

SC: 134994
COA: 268804
Calhoun CC: 2004-004501-FH

_____/

      On order of the Court, the application for leave to appeal the August 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

d1217